# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**YUSEF LATEE WILLIAMS,**

       **Petitioner,**

v.

                                  **Case No. 05-C-233**

**PHIL KINGSTON,**

       **Respondent.**

## ORDER ON THE PETITIONER'S MOTION FOR DEFAULT JUDGMENT

      Yusef Latee Williams ("Williams") is a prisoner incarcerated pursuant to a Wisconsin state court judgment. Proceeding pro se, he seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court previously conducted a preliminary review of Williams' petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases and required the respondent to answer the petition. On August 10, 2005, in accordance with the deadline established by the court, the respondent filed its answer.

      Williams has filed a motion for default judgment in which he takes issue with the fact that the respondent's answer was submitted by Katherine Lloyd Trip, who he contends is not a licensed attorney. The motion filed by Williams is without merit. As an initial matter, default judgment would not be the appropriate remedy if Williams' contention regarding Trip was correct. But Williams is wrong. Katherine Lloyd Trip is a licensed attorney, in good standing, who is employed by the Wisconsin Department of Justice. See State Bar of Wisconsin Lawyer Directory, available at

http://www.wisbar.org.  There is no factual basis for Williams' claim to the contrary.  Accordingly, the motion for default judgment is hereby **denied.**

   **SO ORDERED.**

   Dated at Milwaukee, Wisconsin this 14th day of February, 2006.

                                             s/AARON E. GOODSTEIN
                                             United States Magistrate Judge